HARRIET C. ROBERTS, APPELLEE, V. PRENTISS D. CHENEY, APPELLANT.

MAXWELL, J.

The essential questions are the same in this case as in *Robinson v. Cheney*, just decided, and for the reasons stated in that opinion the judgment is affirmed.

JUDGMENT AFFIRMED.

THE other judges concur.